7229

Withdrawn
and not
reissued.